IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANTHONY LEROY DAVIS, Individually, )
)
And AS A indigent Pro.Se., Neophyte. )
)
_____ )
(Enter above the full name of the Plaintiff(s) )
)
vs. )
JEFF COLYER, a/k/a "JEFF" COLYER, Individually, )
(1) And AS GOVERNOR OF STATE OF KANSAS. )
Name )
STATE CAPITOL, SHAWNEE COUNTY. )   Case Number: 18-3051-SAC
300 S.W. 10th Ave., STE. 241S. )
Street and number )
)
TOPEKA, KANSAS. 66612-1590. )
City    State    Zip Code

(Enter above the full name and address of the
Defendant in this action - list the name and address
of any additional defendants on the back side of
this sheet).

**CIVIL COMPLAINT**
42 U.S.C. 1983 Right

I. Parties to this civil action:

(In item A below, place your name in the first blank and place
your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side
of this sheet).

A. Name of plaintiff ANTHONY LEROY DAVIS

Address Hutchinson Correctional Facility

P.O. BOX 1568, 500 Reformatory Road,

HUTCHINSON, KANSAS. 67504-1568.

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant JEFF COLYER, GOVERNOR KANSAS is employed at STATE CAPITOL, 300 S.W. 10TH Ave., STe.2415. ToPeKA, KS. 66612-1590. [785] 296-3232: E-MAil: governor@KS.gov

C. Additional Defendants ATTORNEY GENERAL DEREK SCHMIDT "OFFICIAL CAPACITY," AS A MUNICIPAL CORPORATION, Adjunct And Political Subdivisions in The STATE OF KANSAS "Shawnee County."

II. Jurisdiction: (Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

    A. (If Applicable) Diversity of citizenship and amount:

        1. Plaintiff is a citizen of the State of _____.

        2. The first-named defendant above is either

            a. a citizen of the State of _____; or

            b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

        3. The second-named defendant above is either

            a. a citizen of the State of _____; or

            b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity(Check any of the following which apply to this case).

✓ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article 3, Section 2 ; CONSTITUTIONAL STANDINGS Statute, US Code, Title 42, Section 1983.

✓ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343)[a][3].

✓ 3. Other grounds (specify and state any statute which gives rise to such grounds): 42 U.S.C. 1981. KANSAS "MUNICIPAL-POLICY" Proximate Cause The Constitution Violations Foods/Medications Respondeat Superior Liability Personal Impairment A direct Causal Link between Municipal Custom, id., PIK.-Crim. 54.380 Covered by K.S.A. 21-5103. DUE PROCESS

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

[1] Gross Negligence—RESPONDEAT SUPERIOR Legal duty Too Enforce K.D.O.C. "Municipal Policy" Neglected Adequate-Training. Cause Plaintiff Fundamental-Law State deprivals ideations at its Prison Facilities located at Hutchinson, Kansas. And As A result DAN SCHNURR "WARDEN" deprives his Right To [Free Speech] by Reno County on or About MARCH 3rd, 2018. IMPOSES FRAUDULENT EXTRALEGAL REPUGNAT CONSTITUTIONAL RIGHTS

3

ACCOMPANYING III. STATEMENT OF CLAIM:

[2]. FRAUD — ATTORNEY GENERAL DEREK SCHMIDT in his OFFICIAL-CAPACITY "Under Color of State Law" Acted he enjoin The enforcements OF A PENAL-STATUTE involving Moral Turpitude, And AS A result Fraught FRAUD deprival PLAINTIFF Fundamental Rights ideations Located At Reno County, Hutchinson Correctional Facility ON Or About MARCH 3rd, 2018, COLLUSION.

[3]. CONSTITUTIONAL TORT — JEFF COLYER, GOVERNOR KANSAS Liable, being deliberately-indifferent To A RIGHT TO "Free Speech" And The RIGHT "PLAINTIFF" To be Free From Cruel And UNUSUAL Punishment UN Constitutional — infLictions, establish by our Constitutional Protected Liberty-interest. Fraught With FRAUD STATE MUNICIPAL-POLICIES "Abuse of Penal-Statute impose duress "Property" ATypical Continue hardship on PLAINTIFF Located At H.C.F. Reno County, KANSAS. ON Or About MARCH 3rd, 2018. And hence deprive him OF his RIGHT-Pursuit OF happiness, Under our First, Eighth, Amendments TO The United States Constitution And The due Process Clause of The Fifth And Fourteenth Amendments.

3.a

IV.  Relief: (State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

Actual UNLiquidated damages: Sufficient Amount to indemnify The injured [PLAINTIFF] For His Loss Suffered Cannot be determined by "Fixed Formula", A Judge OR Jury Arbitration!

V.  Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [✓]  No [ ]

VI.  Do you claim actual damages for the acts alleged in your complaint?  Yes [✓]  No [ ]

VII.  Do you claim punitive monetary damages? Yes [✓]  No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages. Exemplary-Punitive:

IN excess of $75,000.00, "Seventy-Five-Thousand dollars," As A [Punishment] For "Actual damages" For Fraud-Malice, Wanton And Wilful Misconduct Cause bankruptcy Fraud, debtor's current Financial earnings Lost in his "Boxing inc.", eggshell-skull rule. Prosecutor Forfeit 11th Amendment "Const." Immunity by Fraud Violation of A "Penal-Statute, Must be strictly Construed In The Favor of The Accused PLAINTIFF.

VIII. Administrative Procedures: Accompanying

   A.  Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [✓] No [ ]

   B.  If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

   1. On Or About Nov 2017 Filed I.M.P.P. 01-118D Attached Proof of Lost.
   2. On 3-3-2018 defendant have Not return my Money Nor delivered Canteen.
   3. New Pending "Notrized Property Loss Claim", No One Knows where it Is?

4

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

_____

_____

_____

Respectfully Submitted: s/ Anthony L. Davis
Signature of Plaintiff

ANTHONY LEROY DAVIS
Name (Print or Type)

H.C.F. P.O. Box 1568, 500 Reformatory Rd.,
Address

Hutchinson, KS. 67504-1568
City    State    Zip Code

N/A
Telephone Number

### DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( (Wichita,)   Kansas City   or   Topeka ), Kansas as the location for the
(circle one location)

trial in this matter. Motion: Special-circumstances Appointment of Counsel: 114 S.Ct. 1306 [1994]. Indigent Civil Claimant Allege Facts And Legal issues Are So Novel Or Complex As To Require The Assistance Of Counsel, Rucks, 57 F.3d 978 [10th Cir. 1995] Institutionalized Person [42 U.S.C.S. 2000d et. seq.]:

s/ Anthony L. Davis
Signature of Plaintiff

### REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ((yes)   or   no ). Fed.R.Civ.P. 38[b] Plaintiff Demand For A Trial by Jury
(circle one)

s/ Anthony L. Davis
Signature of Plaintiff

Dated: March 3rd 2018.
(Rev. 9/04)

5